No. 10118.  STATE OF MONTANA ex rel. HAROLD HANSEN and HAZEL KOONTZ, RELATORS, *v.* DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT of the State of Montana, In and For the COUNTY OF POWELL, and the HONORABLE JOHN B. McCLERNAN, District Judge, RESPONDENTS.

Submitted and Decided December 28, 1959.

347 Pac. (2d) 726.

*Keeley, McElwain & Ryan,* Deer Lodge, for relators.

PER CURIAM.

Original proceeding, petition for writ of supervisory control or other appropriate writ.

The writ is denied and the proceeding is dismissed.


No. 10135.  STATE OF MONTANA ex rel. INDUSTRIAL ACCIDENT BOARD of the State of Montana, RELATOR, *v.* DISTRICT COURT OF THE SIXTH JUDICIAL DISTRICT of the State of Montana, In and For the COUNTY OF PARK, and the HONORABLE E. E. FENTON, Presiding Judge, RESPONDENTS.

Submitted and Decided February 23, 1960.

349 Pac. (2d) 584.

*L. V. Harris,* Helena, for relator.

PER CURIAM.

Relator's petition for issuance of an alternative writ of prohibition herein is denied and the proceedings ordered dismissed.